FILED
CLERK, U.S. DISTRICT COURT
JUN 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY MK   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES SAUERS, | No. CV 07-1855-DSF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6-20-08

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE